IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| NASSER EMAMI DMD DDS, INC. n/k/a NASSER EMAMI HOLDINGS, LLC, | § § § | |
| Plaintiff, | § § | Case No.:  5:26-cv-00059-JPB |
| v. | § § | Judge: Hon. John Preston Bailey |
| SENTINEL INSURANCE COMPANY, LTD. d/b/a THE HARTFORD; DYSTE WILLIAMS AGENCY; and NELS E. DYSTE, | § § § § § § | |
| Defendants. | § § | |

**CERTIFICATE OF SERVICE**

I, Carl A. Frankovitch, hereby certify that on the 15th day of May, 2026, I served a true and correct copy of ***Plaintiff's Rule 26(a)(1) Initial Disclosures*** via email, upon the following counsel of record:

David L. Wyant
W.Va. State Bar ID 4149
Bailey & Wyant P.L.L.C.
1219 Chapline Street
Wheeling, WV 26003
dwyant@baileywyant.com

and

Katheryn M. Loyd (*pro hac vice*)
Tadd L. Minton (*pro hac vice*)
Carpenter Lipps, LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
lloyd@capenterlipps.com
minton@carpenterlipps.com
*Counsel for Defendant Sentinel Insurance Company, Ltd.*

Melvin F. O'Brien, Esq.
2001 Main Street, Suite 501
Wheeling, WV 26003
Phone: 304 233-1022
Fax: 888-811-7144
mobrien@dmclaw.com
*Counsel for Defendants, Dyste Williams Agency
and Nels E. Dyste*

/s/ *Carl A. Frankovitch*
Carl A. Frankovitch, Esq.
*Attorney for Plaintiff*